UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRANSPORT INTERNATIONAL POOL, INC. : | Civil Action No. 2:10-cv-06013 |
| *Plaintiff,* : | Honorable Thomas N. O'Neill, J. |
| v. : | |
| SOS SALSON, INC., : | |
| SALSON LOGISTICS, INC. and : | |
| SOS SALSON OF TEXAS, INC. : | |
| *Defendants.* : | |

## PRAECIPE TO WITHDRAW

TO THE CLERK:

    Please withdraw the above-captioned action, without prejudice.

                                                                   s/ Susan C. Mangold
                                                    Susan C. Mangold, Esquire
                                                    Attorney I.D. No. 78892
                                                    Lamb McErlane PC
                                                    24 East Market Street
                                                    P.O. Box 565
                                                    West Chester, PA 19381
                                                    Phone: (610) 430-8000
                                                    E-mail: smangold@lambmcerlane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRANSPORT INTERNATIONAL POOL, INC. : | Civil Action No. 2:10-cv-06013 |
| *Plaintiff,* : | Honorable Thomas N. O'Neill, J. |
| v. : | |
| SOS SALSON, INC., : <br> SALSON LOGISTICS, INC. and : <br> SOS SALSON OF TEXAS, INC. : | |
| *Defendants.* : | |

## CERTIFICATE OF SERVICE

This is to certify that in this case complete copies of all papers contained in the foregoing Praecipe to Withdraw have been served upon the following person electronically via the ECF system on December 10, 2010:

> Darin J. McMullen, Esquire
> Anderson Kill & Olick, P.C.
> 1600 Market Street
> Suite 2500
> Philadelphia, PA 19103
>
> *Attorneys for Defendant,*
> Salson Logistics, Inc.

>>  s/ Susan C. Mangold
>> Susan C. Mangold, Esquire
>> Attorney I.D. No. 78892
>> Lamb McErlane PC
>> 24 East Market Street
>> P.O. Box 565
>> West Chester, PA 19381
>> Phone: (610) 430-8000
>> E-mail: smangold@lambmcerlane.com