UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRANSPORT INTERNATIONAL POOL, INC. : | Civil Action No. 2:10-cv-06013 |
| *Plaintiff*, : | Honorable Thomas N. O'Neill, J. |
| v. : | |
| SOS SALSON, INC., : <br> SALSON LOGISTICS, INC. and : <br> SOS SALSON OF TEXAS, INC. : | |
| *Defendants*. : | |

## PRAECIPE TO WITHDRAW

TO THE CLERK:

Please withdraw the above-captioned action, without prejudice.

                                            s/ Susan C. Mangold
                                            Susan C. Mangold, Esquire
                                            Attorney I.D. No. 78892
                                            Lamb McErlane PC
                                            24 East Market Street
                                            P.O. Box 565
                                            West Chester, PA 19381
                                            Phone: (610) 430-8000
                                            E-mail: smangold@lambmcerlane.com

*Approved*

*[signature] J.*

*1/4/11*